UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 05-30807 |
|---|---|
| CHARLES D. DUNNING | (Chapter 13) |
| TRUDY ANN DUNNING | |
| Debtors | JUDGE GUY R. HUMPHREY |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | CHARLES D. DUNNING & TRUDY ANN DUNNING<br>3253 WINDMILL DRIVE<br>BEAVERCREEK, OH  45432 | 1,392.38 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service 05-30807

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

CHARLES D. DUNNING
TRUDY ANN DUNNING
3253 WINDMILL DRIVE
BEAVERCREEK, OH  45432

LEE HOHL
1839 EAST STROOP RD
KETTERING, OH  45429

(25.1n)
ECAST SETTLEMENT CORPORATION
BOX 35480
NEWARK, NJ  07193

(22.1n)
FIFTH THIRD
38 FOUNTAIN SQUARE PLAZA
CINCINNATI, OH  45263

(29.1n)
Fifth Third
1850 E. Paris Ave.
Grand Rapids, MI  49546

(26.1n)
JOE LOZANO
9441 LBJ FREEWAY
SUITE 350
DALLAS, TX  75243

(23.1n)
WASHINGTON MUTUAL BANK FA
7800 N 113TH ST
MAILSTOP MWIB201
MILWAUKEE, WI  53224

(28.1n)
WELLS FARGO BANK
%NLENET
PO BOX 82505
LINCOLN, NE  68501

(24.1n)
WELLS FARGO BANK NA
BANKRUPTCY CASH MANAGMENT
MAC#X2302 04C  ONE HOME CAMPUS
DES MOINES, IA  50328

(21.1n)
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS MAC# X2302-4C
BANKRUPTCY PAYMENT PROCESSING
DES MOINES, IA  50328

Jeffrey M. Kellner BY        ___/s/ Jeffrey M. Kellner_____        sv